**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Suzette Knights<br><br>        Debtor(s) | Case No. 18 B 09937 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/05/2018.

2) The plan was confirmed on 06/13/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/27/2018, 11/16/2018.

5) The case was Dismissed on 12/19/2018.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,600.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,600.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $565.96 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $72.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $637.96

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron M Weinberg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMER FST FIN | Unsecured | 6,916.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,017.56 | 942.56 | 942.56 | 0.00 | 0.00 |
| Anne Morrill-Ploum | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Barry L Gordon & Associates PC | Unsecured | 6,708.61 | 7,393.62 | 7,393.62 | 0.00 | 0.00 |
| Caliber Home Loans, In | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Calumet City Parking | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 3,203.00 | 3,203.85 | 3,203.85 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) N.A | Unsecured | 4,098.65 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 664.00 | 663.54 | 663.54 | 0.00 | 0.00 |
| City of Chicago | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago - Parking and red Light T | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Administra | Unsecured | 0.00 | 1,321.31 | 1,321.31 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 444.00 | 444.00 | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Lansing | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Coffey, Kenneth | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 600.00 | 448.14 | 448.14 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 7,229.20 | 8,000.01 | 8,000.01 | 0.00 | 0.00 |
| DPT ED/NAVI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 8,307.28 | 10,138.00 | 10,138.00 | 0.00 | 0.00 |
| ERIN E MASTERS - MASTERS LAW G | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Flossmoor Montessori School | Unsecured | 14,189.50 | 14,189.50 | 14,189.50 | 0.00 | 0.00 |
| Fsb Blaze | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| GLHEC & Aff obo USAF | Unsecured | 0.00 | 16,067.82 | 16,067.82 | 0.00 | 0.00 |
| Great Lakes Credit Union | Unsecured | 617.00 | 617.22 | 617.22 | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| IDHS | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Human Services | Unsecured | 0.00 | 2,866.92 | 2,866.92 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 58.92 | 58.92 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Secured | 0.00 | 663.37 | 663.37 | 607.14 | 4.08 |
| Illinois Dept of Revenue 0414 | Priority | 267.45 | 273.99 | 273.99 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,167.00 | NA | NA | 0.00 | 0.00 |
| IRS 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF CLARE MCMAHON | Unsecured | 29,975.00 | NA | NA | 0.00 | 0.00 |
| Law Offices of Michael Ira Asen | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Markoff Law | Unsecured | 6,709.00 | NA | NA | 0.00 | 0.00 |
| MCOA | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 734.00 | 733.41 | 733.41 | 0.00 | 0.00 |
| Navient | Unsecured | 21,975.33 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 400.00 | 923.33 | 923.33 | 0.00 | 0.00 |
| Olive Harvey College - City Colleges of C | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 935.99 | 935.99 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 19,814.38 | 19,630.00 | 8,700.00 | 156.93 | 193.89 |
| Santander Consumer USA | Unsecured | NA | 0.00 | 10,930.00 | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 17,792.69 | 32,434.63 | 32,434.63 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 384,669.73 | 412,697.37 | 412,697.37 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 0.00 | 592.51 | 592.51 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| South Holland Medical Center | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Hospital | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| UNIT CON FIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Consumer Financial Services | Unsecured | 1,399.31 | NA | NA | 0.00 | 0.00 |
| US Bank Trust, N.A., as Trustee for LSF9 | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wilbur Wright College | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| World Acceptance/Finance Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Acceptance/Finance Corp | Unsecured | 1,054.03 | 1,107.40 | 1,107.40 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $412,697.37 | $0.00 | $0.00 |
| Mortgage Arrearage | $32,434.63 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,700.00 | $156.93 | $193.89 |
| All Other Secured | $663.37 | $607.14 | $4.08 |
| **TOTAL SECURED:** | **$454,495.37** | **$764.07** | **$197.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $273.99 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$273.99** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$81,578.05** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $637.96 |
| Disbursements to Creditors | $962.04 |
| **TOTAL DISBURSEMENTS** : | **$1,600.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/18/2019        By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**